913 F.2d 652w
 18 Media L. Rep. 1001
 Carson Wayne NEWTON, aka: Wayne Newton, Plaintiff-Appellee,
v.
NATIONAL BROADCASTING COMPANY, INC.; Brian Elliot Ross;
Ira Silverman; Paul Greenberg, et al.,
Defendants-Appellants.
Carson Wayne NEWTON, aka: Wayne Newton, Plaintiff/Cross-Appellant,
v.
NATIONAL BROADCASTING COMPANY, INC.; Brian Elliot Ross;
Ira Silverman; Paul Greenberg, et al.,
Defendants-Cross-Appellees.
 Nos. 89-55220, 89-55285.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 13, 1990.
Decided Aug. 30, 1990.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION